

## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 11 C 501        Assigned/Issued By: NJ

Judge Name: _____        Designated Magistrate Judge: _____

---

**FEE INFORMATION**

**Amount Due:**  ☐ ~~$350.00~~   ☐ $39.00   ☐ $5.00
   ☐ IFP   ☐ No Fee   ☒ Other _____
   ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☒ Summons                      ☐ Alias Summons
☐ Third Party Summons          ☐ Lis Pendens
☐ Non Wage Garnishment Summons ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                               *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets  ☐ Other _____
☐ Writ _____
   *(Type of Writ)*                *(Type of issuance)*

_3_ Original and _3_ copies on _3/1/11_ as to _Sellers Market, Inc._
_James Sellers, Deborah Sellers_
                 *(Date)*