UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Steven E. Schwarz, et al.
                    Plaintiff,

v.                                             Case No.: 1:11−cv−00501
                                               Honorable Gary Feinerman

Sellers Markets, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 20, 2011:

      MINUTE entry before Honorable Gary Feinerman:Defendants' motion for leave to join and adopt motion to dismiss for improper venue or in the alternative to transfer [80] is granted. Defendants Aquillian Investments (a/k/a Growth Capital Services), Bancroft Partners, Michael Schmitz, David Sloan, Tennyson West are allowed leave to join the Sellers Defendants' motion to dismiss and/or transfer [41]. Defendant Restaurant Solutions, Inc.'s uncontested motion for extension of time [85] is granted. Defendant Restaurant Solutions shall answer or otherwise plead to the complaint by 7/15/2011. Because Plaintiffs agreed that Defendant Restaurant Solutions may answer or otherwise plead by 7/15/2011 (see Doc. 85 at 1), plaintiffs' motion for entry of default against defendant Restaurant Solutions, Inc. [77] is denied as moot. Motion hearing scheduled for 6/22/2011 [79] is stricken. Motion hearings [81], and [86] scheduled for 6/23/2011 are stricken.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.